# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0013. PEACHTREE TALLULAH, LLC v. SNAPFINGER PROPERTIES OF MARIETTA, LLC.

Following the voluntary dismissal of all claims and counterclaims in this civil case, the defendant, Peachtree Tallulah, LLC, filed a motion for attorney fees pursuant to OCGA § 9-15-14. The trial court denied the motion, and Peachtree Tallulah filed this direct appeal. We, however, lack jurisdiction.

"[A]n application for [a discretionary] appeal is required when 'the underlying subject matter' of the appeal is listed in OCGA § 5-6-35 (a)[.]" *Avren v. Garten*, 289 Ga. 186, 192 (7) (710 SE2d 130) (2011). The underlying subject matter of this appeal — the award of attorney fees pursuant to OCGA § 9-15-14 — is listed in OCGA § 5-6-35(a) (10). See also *Swanson v. Swanson*, 216 Ga. App. 406, 406 (454 SE2d 529) (1995) (on motion for reconsideration) (OCGA § 5-6-35(a) (10) requires a party seeking to appeal the denial of its motion for attorney fees under OCGA § 9-15-14 to file an application for a discretionary appeal). Peachtree Tallulah, therefore, was required to follow the discretionary appeal procedure, and its failure to do so deprives us of jurisdiction. *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841 (560 SE2d 730) (2002). Accordingly,  this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  *08/11/2022*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*